**FILED**

07/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0222

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 21-222

| | |
|---|---|
| IN RE GUARDIANSHIP OF B.K., | |
| A minor child. | |
| MARGARET LOUISE KLUBBEN and FRED KLUBBEN, | **ORDER GRANTING EXTENSION OF TIME** |
| Petitioners/Appellees, | |
| and | |
| JESSICA SMALLING and JASON KLUBBEN, | |
| Respondents/Appellants. | |

Upon consideration of Appellant's Motion for Extension of Time to File Opening Brief, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Jason Klubben is granted an extension of time to and including August 23, 2021, within which to file his Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2021